## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STRYKER SPINE,<br><br>    Plaintiff,<br><br>    v.<br><br>BIEDERMANN MOTECH GMBH, *et al.*,<br><br>    Defendants. | Civil Action No. 08–1827 (CKK) |

## ORDER
(November 15, 2010)

For the reasons expressed in the accompanying Memorandum Opinion, it is, this 15th day of November, 2010, hereby

**ORDERED** that Plaintiff's [66] Motion *in Limine* to Exclude Expert Testimony of Dr. Erik K. Antonsson is DENIED; it is further

**ORDERED** that judgment is entered for Defendants; and it is further

**ORDERED** that this action is dismissed.

**SO ORDERED.**

*This is a final, appealable Order.*

Date:  November 15, 2010

                                                          /s/
                                            COLLEEN KOLLAR-KOTELLY
                                            United States District Judge